Decided July 30, 1993

### TOWN OF GROTON *v.* PETER R. JOHL

The defendant's petitions for certification for appeal from the Appellate Court (AC 12383, AC 12384) are denied.

*Peter R. Johl,* pro se, in support of the petitions.

Decided September 15, 1993